IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JOE WARE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 7:11-CV-41-O |
| § | |
| WALTER MORTGAGE SERVICING, § | |
| INC., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 5) and noting that no objections have been filed thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, this case is **DISMISSED with prejudice** as frivolous under § 1915 (e)(2)(B)(i) and (ii).

It is **FURTHER ORDERED** that this case is dismissed with prejudice as a sanction for refiling a frivolous and duplicative Complaint.

**SO ORDERED** this **1st** day of **April, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**